

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08-00623-M |
| ) | |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | 18 U.S.C. § 3143(a) |
| ) | Allegations of Violations of |
| DENNIS BENNETT, ) | Probation/Supervised Release |
| ) | Conditions) |
| Defendant. ) | |

On arrest warrant issued by the United States District Court for the  SDNY  involving alleged violations of conditions of probation/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

    A.  (✓) the appearance of defendant as required; and/or

    B.  (✓) the safety of any person or the community.

    The Court concludes:

    A.  (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he can refrain from committing crimes while on supervised release._

1  B.  (✓) Defendant is a flight risk because defendant has
2      not shown by clear and convincing evidence that:
3      _he can abide by a condition of release_
4      _that he comply with all lawful directives_
5      _of BICE (He was previously deported and_
6      _apparently re-entered the U.S. illegally)._

   IT IS ORDERED defendant be detained.

   DATED: March 12, 2008

                                    _/s/ Carolyn Turchin_
                                    CAROLYN TURCHIN
                                    U.S. MAGISTRATE/DISTRICT JUDGE

2